UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

STACEY HERZLINGER, *on behalf of herself
and all others similarly situated,*

                    Plaintiff,

    -against-

MARK L. NICHTER, *et al.*

                    Defendants.
_____

Case No.:  09-CIV-0192 (SCR)

**OBJECTION TO JANUARY 11, 2010 ORDER
OF MAGISTRATE JUDGE PAUL E. DAVISON
AND REQUEST FOR RESCISSION THEREOF**

      PLEASE TAKE NOTICE that the Plaintiff hereby moves this Court, before the Hon. Stephen C. Robinson, for an Order, pursuant to FRCP Rule 72(a), rescinding and setting aside the January 11, 2010 Order and Ruling of Magistrate Judge Paul E. Davison conditions the further deposition of defendant Mark L. Nichter by the Plaintiff upon payment by Plaintiff of Mr. Nichter's attendance expenses.  The ground for this Application is that the subject Order and Ruling constitutes an abuse of discretion.

Dated:  Stamford, CT
        January 25, 2010

                                                    LEMBERG & ASSOCIATES LLC
                                                    Attorneys for Plaintiff

                                                     /s/ Sergei Lemberg
                                               By:_____
                                                  Sergei Lemberg (SL 6331)
                                                1100 Summer Street
                                                Stamford, CT 06905
                                               Phone: 203-653-2250
                                               Fax: 203-653-3424
                                               slemberg@lemberglaw.com

Case 7:09-cv-00192-SCR-PED   Document 66   Filed 01/25/2010   Page 2 of 2